**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-CV-02436-RPM

JANE A. WHITECHURCH

    Plaintiff,

v.

WASHINGTON MUTUAL BANK, F.A.

    Defendant.

---

### ORDER GRANTING LEAVE TO AMEND COMPLAINT

---

THE COURT having reviewed plaintiff's Motion to Amend Complaint, and being fully advised,

FINDS:

1. The motion is timely under the Scheduling Order.

2. The plaintiff's motion meets the standards set forth in Fed.R.Civ.P. 15(a).

IT IS THEREFORE ORDERED that leave is granted for the filing of the Amended Complaint.

IT IS FURTHER ORDERED that defendant file an amended answer as provided under the Federal Rules of Civil Procedure.

Dated April 22, 2006

BY THE COURT:

_/s/ Richard P. Matsch_
Richard P. Matsch, Senior District Judge