IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-02436-RPM

JANE A. WHITECHURCH,

        Plaintiff,

v.

WASHINGTON MUTUAL BANK, F.A.,

        Defendant.

---

ORDER AMENDING SCHEDULING ORDER

---

Upon consideration of the Unopposed Motion for Leave to Amend the Scheduling Order (Doc. #15), filed on August 15, 2006, it is

ORDERED that the Scheduling Order is amended to permit depositions and discovery to occur through and including October 2, 2006.

Dated: August 15, 2006

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge