IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-02436-RPM

JANE A. WHITECHURCH,

        Plaintiff,

v.

WASHINGTON MUTUAL BANK, F.A.,

        Defendant.

_____

ORDER SETTING PRETRIAL CONFERENCE
_____

The Court having determined that this case is now ready to be set for a pretrial conference, it is

ORDERED that a pretrial conference is scheduled for **January 4, 2007, at 11:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.

The original and one copy of the proposed Final Pretrial Order shall be delivered in paper form directly to chambers by **December 28, 2006.**

DATED: November 20th, 2006

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch
        Senior District Judge