IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-02436-RPM

JANE A. WHITECHURCH,

        Plaintiff,

v.

WASHINGTON MUTUAL BANK, F.A.,

        Defendant.

---

ORDER OF DISMISSAL

---

Pursuant to the Stipulation for Dismissal with Prejudice (Doc. #19), filed on January 26, 2007, it is

ORDERED that this civil action is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Dated: January 26, 2007

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____

                                            Richard P. Matsch, Senior District Judge